■ In the Matter of DRAKE B., a Child Alleged to be Neglected. CHAUTAUQUA COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; LAWRENCE B., II, Appellant. (Appeal No. 3.) [700 NYS2d 896] —Appeal unanimously dismissed without costs

*(see, Matter of Lisa E.* [appeal No. 1], 207 AD2d 983). (Appeal from Order of Chautauqua County Family Court, Hartley, J.—Neglect.) Present—Lawton, J. P., Hayes, Wisner, Hurlbutt and Scudder, JJ.